IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

NICOLE M. HUDSPETH,

Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No. C15-2068

ORDER GRANTING APPLICATION
FOR ATTORNEY FEES

This matter comes before the Court on the Amended Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 20) filed by the Plaintiff on June 29, 2016, and the Response (docket number 21) filed by the Defendant on June 30. Plaintiff requests that the Court order attorney fees in the amount of $5,852.37. According to the response, "Defendant has no objection to plaintiff's request." The Court finds the motion should be granted.

ORDER

IT IS THEREFORE ORDERED that Plaintiff's Amended Application for Attorney Fees (docket number 20) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Five Thousand Eight Hundred Fifty-Two Dollars thirty-seven cents ($5,852.37) to be paid by the Social Security Administration.

DATED this 30th day of June, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA